UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINA HODGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:26-cv-114-SRW |
| ) | |
| CITY OF ST. LOUIS, et al. ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Regina Hodge's complaint filed on January 27, 2026. ECF No. 1. The complaint is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Further, the complaint is defective because Plaintiff did not sign it. Rule 11(a) of the Federal Rules of Civil Procedure requires an unrepresented party to personally sign her pleadings, motions, and other papers, and requires courts to "strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Similarly, the local rules of this Court require self-represented parties to sign all their filings. E.D. Mo. L.R. 2.01(A)(1).

Because Plaintiff is proceeding without counsel, the Court will allow her the opportunity to file an amended complaint on Court-provided forms. Plaintiff has **thirty (30) days** from the date of this Order to file an amended complaint in accordance with the specific instructions set forth here.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file a signed amended complaint on the Court's form within **thirty (30) days** of the date of this Order. Plaintiff is advised that her amended complaint will take the place of her original filing and will be the only pleading that this Court will review.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 25th day of February, 2026.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE