**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

REGINA HODGE,                          )
                                       )
        Plaintiff,                   )
                                       )
        v.                           )          No. 4:26-cv-114-SRW
                                       )
CITY OF ST. LOUIS, et al.              )
                                       )
        Defendants.                  )

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff Regina Hodge commenced this civil action on January 27, 2026. ECF No. 1. On February 25, 2026, the Court directed Plaintiff to file an amended complaint on a Court-form and to sign the complaint. ECF No. 3. Plaintiff was given 30 days to respond to the Order. *Id*.

To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, she was cautioned that her case would be dismissed if she failed to timely comply, and she was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to comply with the Court's February 25, 2026 Order and her failure to prosecute her case. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (the authority of a court to dismiss *sua sponte* for lack of prosecution is inherent power governed "by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases"); *Brown v. Frey*, 806 F.2d 801, 803 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 2) is **DENIED** as moot.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 15th day of April, 2026.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

2